Decided February 16, 2000

## EUGENE LIDMAN ET AL. *v.* LINDA NUGENT

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 905 (AC 18996), is granted. The case is remanded to the Appellate Court for reconsideration in light of *Wichers* v. *Hatch*, 252 Conn. 174, 745 A.2d 789 (2000).

In view of our remand without further proceedings in this court, the provisions of Practice Book § 84-9 are waived.

*John J. Sheedy,* in support of the petition.

Decided January 19, 2000